**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6717

NELSON EDDY WALKER,

                                    Petitioner - Appellant,

        versus

TERRY O'BRIEN, Warden; UNITED STATES OF
AMERICA,

                                    Respondents - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-00117-gec)

Submitted: December 14, 2006      Decided:  December 20, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nelson Eddy Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nelson Eddy Walker, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Walker v. O'Brien</u>, No. 7:06-cv-00117-gec (W.D. Va. filed Feb. 25, 2006 & entered Feb. 27, 2006; Mar. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>